Judges—Wade Cushing, Robert E. Buchwalter and Francis M. Hamilton.

Stenographer—Jule Laughlin, Courthouse, Cincinnati.

#### Second District (Columbus)

Judges' Headquarters—County Court House, Columbus.

Presiding Judge—H. L. Ferneding.

Judges—Albert Kunkle, Springfield; J. I. Allread, Greenville.

Stenographer—George F. Okey.

#### Third District (Lima)

Judges' Headquarters—Court House, Lima.

Presiding Judge—

Judges—E. N. Warden, Napoleon; Kent W. Hughes, Lima; Phil. M. Crow, Kenton.

Stenographer—Walter M. Bowman.

#### Fourth District (Marietta)

Judges' Headquarters—Court House, Marietta.

Judges—Roscoe T. Mauck, Gallipolis; E. D. Sayre, Athens; Wm. H. Middleton, Waverly.

#### Fifth District (Mansfield)

Judges —Lewis B. Houck, Mt. Vernon; Robert S. Shields, Canton; Frank N. Patterson, Ashland.

Stenographer—

#### Sixth District (Toledo)

Judges' Headquarters at Court House, Toledo.

Judges—R. R. Kinkade, Toledo; Silas S. Richards, Clyde; Charles E. Chittenden, Toledo.

Stenographer—George J. Baumgartner, Toledo.

#### Seventh District (Youngstown)

Judges' Headquarters—Court House, Youngstown.

Presiding Judge—John Pollock, St. Clairsville.

Judges—Louis T. Farr, Lisbon, James W. Roberts, Jefferson.

Stenographer—Irene Patricia Reilly.

#### Eighth District (Cleveland)

Judges' Headquarters—County Court House, Cleveland, Main 3285.

Presiding Judge—Willis Vickery,

Judges—John J. Sullivan, Manuel Levine.

Stenographer—Meta Brueggeman.

#### Ninth District (Akron)

Judges—William E. Pardee, Akron; Ross W. Funk, Wooster; C. G. Washburn, Elyria.

Stenographer—E. H. Hauenstein.

For full opinions, in Epitomized Court of Appeal Cases, write Stenographer of the Court, as above.

No. 817
## BAILEY v. STATE
Ohio Appeals, 2d District, Miami County
July 19, 1923

### 82. CHARGE TO JURY.

General exception to charge is not sufficient to raise question of omission such as larceny when grand larceny charged.

ALLREAD, J. Epitomized Opinion

Bailey was indicted for burglary and grand larceny in stealing chickens. At the trial he was convicted as charged. He brings error proceedings to this court, contending among other things that the trial court erred in not submitting to the jury the question of finding defendant guilty of larceny only. Held.

The question does not appear in the record except by general exception to the charge. A general exception to the charge is not sufficient to raise a question of omission. Counsel must, in case of omission, make a special exception or request the court to give the omitted charge. Moreover the verdict shows a case of grand larceny and the lesser offense of larceny would not affect the grade of the offense or reduce it to a misdemeanor. Judgment affirmed.

Attorney—J. J. Hoover, for Bailey; Kenneth Little, Pros. Atty., for State.